IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

TRANSCANADA USA SERVICES, INC.,

          Plaintiff,

v.                                        CIVIL ACTION NO.   2:19-cv-00896

ZURICH AMERICAN INSURANCE COMPANY and
WESTCHESTER FIRE INSURANCE COMPANY,

          Defendants.

**ORDER**

The Court has reviewed the *Plaintiff's Motion to Lift Stay* (Document 20), wherein the Plaintiff moves this Court to lift the stay put in place by Memorandum Opinion and Order entered on March 19, 2020 (Document 19).   In support of its motion, the Plaintiff has demonstrated that the United States Bankruptcy Court for the District of Delaware entered an Order Approving Stipulation Granting TransCanada USA Services Inc. Limited Relief from the Automatic Stay (Exhibit A), in which the Bankruptcy Court grants the Plaintiff relief from the automatic stay in order to pursue the claims asserted in the instant litigation.

Therefore, for good cause shown, the Court **ORDERS** that the *Plaintiff's Motion to Lift Stay* (Document 20) be **GRANTED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.        ENTER:   May 6, 2020

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA